Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Frederick L. Pearce* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John MacC. Hudson* for respondent.

No. 165. MILWAUKEE *v.* ACTIVATED SLUDGE, INC. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Newton D. Baker, Arthur C. Denison, Wallace R. Lane,* and *Max Raskin* for petitioner. *Messrs. Lynn A. Williams* and *Clifford C. Bradbury* for respondent.

No. 167. NORD *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. George A. King, George R. Shields,* and *John W. Gaskins* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *H. Brian Holland* for the United States.

No. 168. LOWERY *v.* CONNECTICUT FIRE INSURANCE Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace L. Cheyney* for petitioner. *Mr. Leonard J. Matteson* for respondent.

No. 172. COE MANUFACTURING Co. *v.* NEW YORK. October 8, 1934. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr.*

*Paul Koch* for petitioner. *Messrs. Samuel Kaufman* and *Henry Epstein* for respondent.

No. 174. LUCKENBACH STEAMSHIP Co., INC. ET AL. *v.* MIDDLETON, ADMINISTRATOR, ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William H. McGrann* for petitioners. *Messrs. Joseph W. Henderson, John W. Crandall,* and *Thomas F. Mount* for respondents.

No. 175. NATIONAL BOX Co. *v.* McKINLEY, TRUSTEE IN BANKRUPTCY. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John M. Lee* for petitioner. *Mr. Nathan William MacChesney* for respondent.

No. 232. REDMAN *v.* BALTIMORE & CAROLINA LINE, INC. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick R. Graves* for petitioner. *Mr. George Whitefield Betts, Jr.,* for respondent.

No. 179. HOWARD, TRUSTEE IN BANKRUPTCY, *v.* CHICAGO GRAVEL Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Abram N. Pritzker* for petitioner. *Messrs. Kemper K. Knapp* and *Harry I. Allen* for respondent.